Jack *v.* Jack, Appellant.

Argued November 21, 1975. *James C. Evans,* with him *Evashavik, Capone & Evans,* for appellant; *Joseph W. Conway,* with him *Leo M. Stepanian,* and *Balzarini, Walsh, Conway & Maurizi,* and *Brydon & Stepanian,* for appellee.

720

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.